IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

        Plaintiff,                    No. CIV S-06-1898 FCD EFB P

    vs.

B. WHEELER, et al.,

        Defendants.           <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, filed a complaint in state court alleging violations of his civil rights. On August 23, 2006, defendant G. Turner filed a notice of removal. On September 14, 2006, and September 21, 2006, the other defendants joined in this notice.

      Although defendants removed this action from state court, this court must review the complaint to determine whether plaintiff states any cognizable claims. *See* 28 U.S.C. § 1915A. The copy of the handwritten complaint, however, was electronically filed. *See* L. R. 5-133(a). In its electronic form, the complaint is not entirely legible. The original, or a fully legible copy of the complaint is necessary for the court to complete the screening required under 28 U.S.C. § 1915A.

////

////

1

1  Accordingly, it is ORDERED that defendants shall, within 10 days from the date of this
2 order, file with the court the original, or a fully legible copy of the complaint that plaintiff filed
3 in state court.
4 Dated: March 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE