IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

    Plaintiff,                      No. CIV S-06-1898 FCD EFB P

    vs.

B. WHEELER, et al.,

    Defendants.                ORDER

                                /

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. The court previously informed the parties that electronically filed complaint is illegible and the court cannot determine whether plaintiff states any cognizable claims. *See* 28 U.S.C. § 1915A. Therefore, on March 28, 2007, the court directed defendants to file the original or a fully legible copy of the complaint that was filed in the state court. Defendants electronically filed the complaint, the text of which the court again cannot discern. It appears that a paper (not electronic) copy of the complaint is required.

      Accordingly, it is ORDERED that defendants have 10 days from the date of this order to file the complaint in paper form.

Dated: May 1, 2007.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE