1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ADONAI EL-SHADDAI,

11              Plaintiff,                    No. CIV S-06-1898 FCD EFB P

12        vs.

13   B. WHEELER, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42

17   U.S.C. § 1983.  Defendant Turner removed this action from state court, and thereafter defendants

18   B. Wheeler, N. Albonico and D. L. Thompson consented to removal.  This proceeding was

19   referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

20        The court finds that, for the limited purposes of § 1915A screening, the complaint states a

21   claim against defendants Wheeler, Albonico and Turner for excessive force, against defendant

22   Thompson for of failure to protect plaintiff, and against defendant Wheeler for retaliation. *See*

23   42 U.S.C. § 1983; 28 U.S.C. § 1915A(b).  All defendants were served with process while this

24   action was pending in state court.   Accordingly, defendant will be directed to file a response to

25   the complaint.

26   ////

On November 15, 2006, plaintiff filed a request for appointment of counsel.  District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

Accordingly, it hereby is ORDERED that

1.  Defendants Turner, Wheeler, Albonico and Thompson have 20 days from the date this order is served to respond to the complaint.  *See* Fed. R. Civ. P. 81(c).

2.  Plaintiff's November 15, 2006, request for appointment of counsel is denied.

DATED:   May 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE