IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI
a.k.a., JAMES WILKERSON,

     Plaintiff,                        No. CIV S-06-1898 FCD EFB P

  vs.

B. WHEELER, et al.,

     Defendants.            <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 12, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 12, 2008, are adopted in full;

2. Defendants' June 6, 2007, motion to dismiss, construed as a motion for summary judgment, is granted in part and denied in part as follows:

    a. The motion by Turner and Thompson for judgment on the claim that they used excessive force against plaintiff is granted;

    b. The motion by Thompson for judgment on the claim that he failed to protect plaintiff is granted; and,

    c. The motion by Albonico and Wheeler for judgment on plaintiff's retaliation claim is denied; and

3. The remaining defendants are granted thirty days to file an answer to the complaint.

DATED: March 31, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE