IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILKERSON, a.k.a.,
ADONAI EL-SHADDAI,

        Plaintiff,                No. CIV S-06-1898 FCD EFB P

    vs.

B. WHEELER, et al.,

        Defendants.        <u>ORDER</u>

                               /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' August 1, 2008, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's August 18, 2008, application is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' motion for summary judgment.

       So ordered.

DATED: August 21, 2008.

                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE