IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILKERSON, aka
ADONAI EL-SHADDAI,

        Plaintiff,

  vs.

B. WHEELER, et al.,

        Defendants.

No. CIV S-06-1898 FCD EFB P

REFERRAL TO MEDIATION AND
STAY OF PROCEEDINGS

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This matter presently is before the undersigned for pretrial proceedings. However, the parties have agreed to participate in the Prison Mediation Program for the Eastern District of California.

Good cause appearing, the Stipulation for Referral to Mediation and Stay of Proceedings is approved.

Accordingly, IT IS ORDERED that attorneys for defendants shall appear with full settlement authority and this matter is referred for mediation with Magistrate Judge Kellison on April 28, 2009, at California Substance Abuse Treatment Facility, and this case is stayed pending the outcome of mediation.

////

1

Within thirty (30) days of the settlement conference, Judge Kellison shall file a report indicating the outcome of the proceedings.

DATED: April 15, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE