IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

    Plaintiff,                    No. CIV S-06-1898 KJM EFB P

    vs.

B. WHEELER, et al.,

    Defendants.           ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' January 3, 2011, motion to declare plaintiff a vexatious litigant and require security. *See* Fed. R. Civ. P. 16(b).

    Plaintiff's January 27, 2011, request is granted and plaintiff has up to and including February 24, 2011, to file and serve an opposition to defendants' motion.

    The trial, currently set for March 15, 2011, is VACATED, to be reset, if appropriate, following disposition of the pending motion.

    So ordered.

DATED: February 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE