UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI,

        Plaintiff,

   v.

B. WHEELER, et al.,

        Defendants.

NO. 2:06-cv-1898 KJM EFB

ORDER

In the Trial Confirmation Order for the above-captioned case, issued August 12, 2011, the court took the issue of plaintiff's trial witnesses under submission for further consideration. ECF 102 at 3. As noted in the Amended Pretrial Order, plaintiff has repeatedly not complied with the court's procedures for securing incarcerated witnesses at trial. ECF 101 at 12. Plaintiff has been afforded several opportunities, accompanied by explicit instructions, to secure incarcerated witnesses for trial. Accordingly, the court reaffirms the Amended Pretrial Order; plaintiff will not be permitted to secure incarcerated inmate witnesses for trial.

Additionally, on September 12, 2011, plaintiff moved this court to order a settlement conference, proposing to dismiss this action if defendants immediately release him from prison. ECF 105. Plaintiff's requested relief is beyond the scope of these proceedings. Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: September 20, 2011.

UNITED STATES DISTRICT JUDGE