1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   ADONAI EL-SHADDAI,
                                                    NO. CIV S-06-1898 KJM-EFB
12                  Plaintiff,

13        v.                                        ORDER

14   B. WHEELER, et al.,

15                  Defendants.
     _____/
16

17            Plaintiff, a state prisoner, brought an action against defendants under 42 U.S.C.

18   § 1983.  A jury trial was held in October 2011, and a judgment was rendered in favor of

19   defendants on October 5, 2011.  On October 12, 2011, defendants filed a bill of costs seeking

20   $1,669.56.  Plaintiff objected to the bill of costs on November 2, 2011. The cases cited by

21   plaintiff relate to California Code of Civil Procedure Section 1021.5, which is irrelevant to a

22   losing plaintiff in a civil rights action. Apart from a broad catchall statement, plaintiff has not

23   raised any arguments that rebut the presumption of costs being awarded to the prevailing party.

24   FED. R. CIV. P. 54(d); *see Save Our Valley v. Sound Transit*, 335 F.3d 932, 944–45 (9th Cir.

25   2003).

26            In particular, plaintiff has not identified any specific ground that may justify

27   reducing the taxation of costs. *See Janoe v. Stone*, No. 06–CV–1511–JM, 2012 WL 70424, at

28   *1-3 (S.D. Cal. Jan. 9, 2012). In *Janoe*, a prisoner plaintiff who lost at trial on a First

1  Amendment retaliation claim objected to costs being assessed against him, "argu[ing] that

2  taxation of costs in prisoner civil rights cases will place an unfair burden on him and other

3  similarly situated prisoners, essentially creating a chilling effect." *Id*. at *2. The court there

4  concluded "plaintiff's arguments based on his indigence and the possible chilling effect of

5  assessing costs in this case are insufficient to rebut the presumption in favor of awarding costs."

6  *Id*. Similarly, here, plaintiff has not offered a compelling reason for why the presumption of

7  costs being awarded to the prevailing party should not apply. Plaintiff's objections to the bill of

8  cost are overruled. The bill of costs shall be taxed by separate order.

9          IT IS SO ORDERED.

10  DATED:  August 27, 2012.

11

12  _____
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28